# United States Court of Appeals

## For the First Circuit

No. 05-1895

ANTONI A. RUMIERZ,

Petitioner,

v.

ALBERTO R. GONZALES,
Attorney General of the United States,

Respondent.

**ERRATA SHEET**

The opinion of this court, issued August 3, 2006, should be amended as follows:

On page 9, line 22: "DHS" is replaced with "Department of Homeland Security (DHS)"

On page 11, line 4: Before "show" insert "to"

On page 15, line 13: "to place to" is replaced with "to place the"

On page 15, line 16: "_Pickering_" is replaced with "Pickering"

On page 15, footnote 10, line 3: Before "firearms" insert "of"

On page 17, line 28: "an" is replaced with "a"

On page 22, line 10: Before "compelled" insert "be"

On page 25, line 10: Before "exhaustion" insert "the"

On page 25, line 12: "or" is replaced with "of"